PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 30 2000
THOMAS K. KAHN
CLERK

_____

97-6808-II

_____


MARGARET T. ALLEN,
YOLANDA F. LAMAR,
ET AL.,

                                                  Plaintiffs-Appellees,


versus


THE ALABAMA STATE BOARD OF EDUCATION,
FOB JAMES,
ET AL.,

                                                  Defendants-Appellants.



-------------------------
On Appeal from the United States District Court for the
Middle District of Alabama
---------------------------
**(June 30, 2000)**


BEFORE:    BIRCH and BARKETT, Circuit Judges, and ALAIMO, Senior
           District Judge.[*]

_____

    [*] The Honorable Anthony A. Alaimo, Senior U.S. District Judge for the
Southern District of Georgia, sitting by designation.

BY THE COURT:

The parties' "Motion to Withdraw Rehearing Petition...," construed as a joint motion to withdraw the rehearing petition, to vacate this Court's published opinion, and to remand this matter to District Court to resolve all issues relating to attorneys' fees, is GRANTED.